Deborah J. Broyles (SBN 167681)
Email: dbroyles@reedsmith.com
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

**Mailing Address:**
P. O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543-8700
Facsimile:   =1 415 391-8269

Daniel J. Valim (SBN 233061)
Email: dvalim@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendant
Us Airways, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYALEI HOLLINS,<br><br>             Plaintiff,<br><br>      vs.<br><br>US AIRWAYS, INC., and DOES 1-40,<br><br>             Defendants. | No.: C08-05736 PJH<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Tanyalei Hollins and
2  Defendant US Airways, Inc., through their respective counsel of record, that the above-entitled
3  action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the
4  Federal Rules of Civil Procedure.  Each party shall bear her / its own attorneys' fees and costs.
5  IT IS SO STIPULATED.

7  DATED: March 30, 2009.

   REED SMITH LLP

   By_____
   Deborah J. Broyles
   Daniel J. Valim
   Attorneys for Defendant
   Us Airways, Inc.

13  DATED: March 13, 2009.

   LAW OFFICES OF BRUCE R. BERNSTEIN

   By_____
   Bruce R. Bernstein
   Attorney for Plaintiff

18  IT IS SO ORDERED.

20  DATED:  4/1/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton

US_ACTIVE-101309535.1

– 2 –
Stipulation and Order Re Dismissal of Entire Action With Prejudice
No. C08-05736 PJH